# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ARIELLE Y. MILLER, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-19-1539 |
| TARGET CORPORATION, *et al.*, | § § § | |
| *Defendants*. | § | |

# ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 16. The M&R recommends denying plaintiff Arielle Miller's motion to remand (Dkt. 10) if defendant Target Corporation ("Target") can supplement its notice of removal with a copy of the state court docket sheet. *Id.* at 6. Target has complied with that requirement. Dkt. 17-1.

Objections to the M&R were due on July 30, 2019, but no objections have been filed to date. *See* Dkt. 16. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 16). For the reasons stated in the M&R, Miller's motion to remand (Dkt. 10) is DENIED.

Signed at Houston, Texas on August 1, 2019.

_____
Gray H. Miller
Senior United States District Judge