**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ARIELLE Y. MILLER, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION H-19-1539 |
| TARGET CORPORATION, *et al.*, | § | |
| *Defendants*. | § | |

# ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 18. The M&R recommends granting defendant Target Corporation's ("Target") motion for partial dismissal and denying as moot Target's motion for more definite statement (Dkt. 4). *Id.* at 9.

Objections to the M&R were due on August 12, 2019, but no objections have been filed to date. *See* Dkt. 18. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 18). For the reasons stated in the M&R, Target's motion for partial dismissal is GRANTED, and Target's motion for more definite statement is DENIED AS MOOT (Dkt. 4).

Signed at Houston, Texas on August 13, 2019.

_____
Gray H. Miller
Senior United States District Judge